No. 2,197.

IN THE MATTER OF THE ESTATE OF NICHOLAS A. DEN,
DECEASED.

EXECUTORS AND ADMINISTRATORS.—SETTLEMENT BY LEGAL TENDER.—When exec-
utors or administrators have sold the property of the estate for, and received pay
in legal tender notes, for the payment of creditors, it is error for the Probate
Court to order payment to be made in gold coin.

APPEAL from the Probate Court for the County of Santa
Barbara.

The case is stated in the opinion.

*Wm. H. L. Barnes*, of Counsel for Executors.

No brief on file for Respondents.

WALLACE, J., delivered the opinion of the Court:

This is an appeal prosecuted by the executors of the estate
of the deceased from an order entered against them by the
Probate Court of Santa Barbara County, directing them to
pay a *pro rata* upon the claims of the creditors of the estate,
" *in gold coin of the United States of America.*"

The record does not disclose the particular character of
the claims themselves, other than that they are "approved
and upon file," nor does it appear that they were originally,
in terms, made payable in any particular description of cur-
rency.

The basis of the order is, however, the allegation found in
the petition of the creditors, that the appellants had in their
hands, as executors, a large sum of money in gold coin—
assets of the estate—which it was their duty to apply to the
payment of the claims of the petitioners.

If this averment had been proven, then the order in ques-
tion would have been proper, upon the authority of *Magraw*
v. *McGlynn* (26 Cal. 421.)

But the executors denied the allegation, and on the hear-
ing it appeared that they had not, in fact, received any of the
assets of the estate in gold coin, but that the lands mentioned
in the petition as having been sold by them for gold coin had,

in fact, been sold for legal tender notes, and payment therefor made to them in that character of money only.

The order appealed from is therefore modified by striking out the words, "said payment to be made in gold coin of the United States of America."

SPRAGUE, J., expressed no opinion.